UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO STUCCO, INC. dba WESTERN BLENDED,<br><br>        Plaintiff,<br><br>  v.<br><br>PEERLESS INSURANCE COMPANY,<br><br>        Defendant.* | No.  2:13-cv-02621-GEB-CKD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

The parties filed a "Notice of Settlement" on October 7, 2014, in which they state:

> [P]laintiff Sacramento Stucco, Inc., dba Western Blended ("Sacramento Stucco"), and defendant Peerless Insurance Company ("Peerless") have reached a settlement in this matter. The parties are currently preparing a settlement agreement. Upon execution of the settlement agreement, the appropriate dismissal will be filed. Therefore, Sacramento Stucco and Peerless both withdraw their motions for summary judgment, and the parties request that the Court vacate all pending dates in this matter, including the hearing on the motions for summary judgment, currently set for November 3, 2014 at 9:00 a.m.

(Notice of Settlement, ECF No. 22.)

Therefore, a dispositional document shall be filed no later than October 28, 2014. See E.D. Cal. R. 160(b) (prescribing

---

* The caption has been amended according to the automatic dismissal of Doe Defendants prescribed in the March 12, 2014 Status Order. (Status Order 1:19-27, ECF No. 10.)

1

that documents disposing of an action shall be filed "not . . . more than twenty-one (21) days from the date of [notice of settlement], absent good cause"). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See id. ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the hearing on the summary judgment motions, (ECF Nos. 13, 15), scheduled to commence at 9:00 a.m. on November 3, 2014, is vacated in light of the parties' withdrawal of the motions.

IT IS SO ORDERED.

Dated: October 7, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2